**Order entered April 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00044-CV

## IN THE INTEREST OF C.P., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-30012-2018**

# ORDER

This accelerated appeal involves the termination of appellant's parental rights. Before the Court is appellee's April 16, 2019 unopposed motion seeking a thirty-day extension of time to file its brief. In the motion, appellee explains that, on April 4, 2019, it requested by letter that the court reporter file reporter's records from six additional hearings. We **GRANT** appellee's motion as follows.

We **ORDER** Stephanie Hunn, Official Court Reporter for the 469th Judicial District Court, to file, by **April 24, 2019**, the six additional reporter's records. Appellee shall file its brief on or before **May 7, 2019**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Hunn and all parties.

/s/    KEN MOLBERG
         JUSTICE